IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 15 2015
10:48 a.m.
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Lisa A. Biron, )
    Plaintiff, )
)
)
V. )    Civil Action No. 4:15-CV-205-O
)
)
Jody R. Upton, Warden, )
    FMC-Carswell, et al., )
    Defendants. )
)
)
)
)

## Notice of Appeal

**Notice** is hereby given that Lisa A. Biron, plaintiff in the above named civil action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 16th day of June, 2015.

I, Lisa A. Biron, hereby swear, under penalty of perjury, that this Notice was mailed, firstclass postage paid, in the inmate legal mail system, on this date.

7/13/15
Date

Lisa A. Biron #12775-049
FMC-Carswell
P.O. Box 27137
Fort Worth, TX 76127