# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 14, 2015

#12775-049
Ms. Lisa A. Biron
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127-0000

    No. 15-10684   Lisa Biron v. Jody Upton, et al
                          USDC No. 4:15-CV-205

Dear Ms. Biron,

We have docketed your appeal. You should use the number listed above on all future correspondence.

**You should carefully read the following sections**

Filings in this court are governed strictly by the Federal Rules of Appellate Procedure, **NOT** the Federal Rules of Civil Procedure. We cannot accept motions submitted under the Federal Rules of Civil Procedure. We can address only those documents the court directs you to file, or motion filed under the Fed R. App. P. in support of the appeal. See Fed R. App. P. and 5th Cir. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

**Appellant's Brief Required by Fed R. App. P. and 5th Cir. R. 28**

The court usually does not appoint counsel to represent pro se parties in this type of case, although it may do so when there are exceptional circumstances. If the court thinks you are entitled to an appointed lawyer, it will appoint one. You do not need to file a separate motion asking for appointment of counsel. If you want the court to order any other relief, you should include a motion with the brief that you file in this Court.

The court knows you are not a lawyer and does not hold you to the same standards it requires of attorneys in stating your case. The court reviews the case on the record of the district court proceedings and on the briefs filed by the parties. Therefore, your brief should explain as briefly and plainly as possible the facts of the case, the issues of law that you think entitle you to relief, and the relief you are asking. To assist you in writing your brief please see below.

A. FORMAT AND NUMBER OF COPIES:

1. Use 8 1/2 x 11 inch light colored paper, preferably white;

2. Make a 1 inch margin on the top, bottom and both sides of the pages;

3. Securely fasten the brief so pages do not fall out, and so the pages can be read when the brief is opened;

4. Send us **4 copies of your brief**.

B. CONTENTS:

Your brief should have the following:

1. a STATEMENT OF THE LEGAL ISSUES you think the court should decide;

2. a concise STATEMENT OF THE CASE setting out the facts relevant to the issues submitted for review;

3. an ARGUMENT telling why the court should decide for you. Give legal authority which supports your side of the case. For each legal issue, try to include the "standard of review" this court should use in deciding your case. The "standard of review" may be included either under a separate heading before the discussion of each issue or in the discussion of the issue;

4. a CONCLUSION giving a brief statement of the relief you want and why.

5. a CERTIFICATE OF COMPLIANCE confirming that the page or word count is within the type-volume rule limitations. Such briefs, whether typed or handwritten, must not exceed 30 pages or 14,000 words (not counting any statement regarding oral argument, and the certificates of service and compliance). For typewritten or computer prepared briefs, the computer's word count feature should be used. Do not count the words yourself. You may use the "text line" method for typewritten briefs to show you meet the type-volume limits. Typewritten briefs with proper margins, (as described above), typeface with at least 10 1/2 characters per inch, and double spacing should have no more than 26 lines of text per page. Handwritten briefs must be legible and follow the same type-volume limitations. Any **handwritten or typed** brief exceeding the page/word limitation must be accompanied with a motion seeking leave of court to exceed this limitation in accordance with FED R. APP. P. 32. Motions to exceed the page/word limitation MUST contain COMPELLING REASONS for seeking to file the brief in excess of the type-volume limitations.

C. CERTIFICATE OF SERVICE.

Your brief MUST CONTAIN a certificate of service showing the date you mailed a copy of your brief to the other parties in

    the case, and giving the name and complete mailing address (street number or post office box number, city and state) of the person you sent your brief to.

D.    PENALTIES.

    If you do not mail 4 copies of your brief to us within 40 days of the date shown on this letter, or properly request an extension of time, we will dismiss your case without further notice, see 5TH CIR. R. 42.3. Note, 5TH CIR. R. 31 and the Internal Operating Procedures following rules 27 and 31 provides the general sense of the court on the disposition of a variety of matters, which includes that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Melissa B. Courseault, Deputy Clerk
    504-310-7701

Case No. 15-10684

LISA A. BIRON,

        Plaintiff - Appellant

v.

JODY UPTON, Federal Medical Center Carswell Warden; LAUREN CIMPERMAN, Psy. D.; FNU WENGER, Special Investigative Services Officer; FNU KINGSLEY, Special Investigative Services Officer; FNU VALLE, Disciplinary Hearing Officer; W. L. SMITHERS, Unit Disciplinary Committee Member; E. SMITH-BRANTON, Unit Disciplinary Committee Member,

        Defendants - Appellees