# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 30, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-10684    Lisa Biron v. Jody Upton, et al  
                     USDC No. 4:15-CV-205

The court has granted an extension of time to and including December 23, 2015 for filing appellant's brief in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Claudia N. Farrington, Deputy Clerk  
                      504-310-7706

Ms. Lisa A. Biron