# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130**

January 21, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-10684    Lisa Biron v. Jody Upton, et al
                     USDC No. 4:15-CV-205

The court has granted appellant's motion to file brief out of time in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Nancy F. Dolly, Deputy Clerk
                          504-310-7683

Ms. Lisa A. Biron