# 15-10684

| 15-10684 |
|---|

LISA A. BIRON,

     Plaintiff - Appellant

v.

JODY UPTON, Federal Medical Center Carswell Warden; LAUREN CIMPERMAN, Psy. D.; FNU WENGER, Special Investigative Services Officer; FNU KINGSLEY, Special Investigative Services Officer; FNU VALLE, Disciplinary Hearing Officer; W. L. SMITHERS, Unit Disciplinary Committee Member; E. SMITH-BRANTON, Unit Disciplinary Committee Member,

     Defendants - Appellees

RECORD EXCERPTS PREPARED BY CLERK'S OFFICE

**Table of Contents**

| Tab | Description |
|-----|-------------|
| 1 | Copy of District Court Docket Sheet |
| 2 | Notice of Appeal - Doc # 15 |
| 3 | Copy of Final Judgment-Doc #14 |

Tab 1

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CIVIL DOCKET FOR CASE #: 4:15−cv−00205−O

Biron v. Upton et al
Assigned to: Judge Reed C. O'Connor
Case in other court:  U S Court of Appeals 5th Circuit,
                      15−10684
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 03/18/2015
Date Terminated: 06/16/2015
Jury Demand: None
Nature of Suit: 550 Prisoner Pet/Other:
Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Lisa A Biron**                            represented by   **Lisa A Biron**
                                                            #12775−049
                                                            BOP Carswell FMC
                                                            P.O. BOX 27137
                                                            Fort Worth, TX 76127
                                                            PRO SE

V.

**Defendant**

**Jody Upton**
*FMC Carswell Warden*

**Defendant**

**Lauren Cimperman**
*Psy. D.*

**Defendant**

**FNU Wenger**
*Special Investigative Services Officer*

**Defendant**

**FNU Kingsley**
*Special Investigative Services Officer*

**Defendant**

**FNU Valle**
*Disciplinary Hearing Officer*

**Defendant**

**W. L. Smithers**
*Unit Disciplinary Committee Member*

**Defendant**

**E. Smith−Branton**
*Unit Disciplinary Committee Member*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2015 | 1 | COMPLAINT against Lauren Cimperman, FNU Kingsley, E. Smith−Branton, W. L. Smithers, Jody Upton, FNU Valle, FNU Wenger filed by Lisa A Biron. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information − Bar |

| | | |
|---|---|---|
| | | Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (mpw) (Entered: 03/18/2015) |
| 03/18/2015 | 2 | MOTION for Leave to Proceed in forma pauperis with certificate of trust account filed by Lisa A Biron. (mpw) (Entered: 03/18/2015) |
| 03/18/2015 | 3 | New Case Notes: A filing fee has not been paid. CASREF case referral set (see Special Order 3). Magistrate Judge Cureton preliminarily assigned. No prior sanctions found. (For court use only – links to the national and circuit indexes.) File to staff attorney DK. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Motion(s) referred to Magistrate Judge Jeffrey L Cureton. (mpw) (Entered: 03/18/2015) |
| 03/18/2015 | 4 | Notice and Instruction to Pro Se Party. (mpw) (Entered: 03/18/2015) |
| 03/18/2015 | 5 | Standing ORDER Concerning Paper Filing in Cases Assigned to District Judge John McBryde...see order for specifics. (Ordered by Judge John McBryde on 3/18/2015) (mpw) (Entered: 03/18/2015) |
| 03/18/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:3, 4, 5. Wed Mar 18 15:11:44 CDT 2015 (crt) (Entered: 03/18/2015) |
| 03/19/2015 | 6 | Order For Partial Filing Fee in amount of $29.91 with a balance of $320.09 remaining. Clerk to mail this order to the attention of the Inmate Trust Fund Department at the facility where the inmate resides. (mailed to BOP Carswell FMC) (Ordered by Magistrate Judge Jeffrey L Cureton on 3/19/2015) (mpw) (Entered: 03/19/2015) |
| 03/19/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:6. Thu Mar 19 14:40:59 CDT 2015 (crt) (Entered: 03/19/2015) |
| 04/15/2015 | 7 | ORDER RE: COLLECTION AND PAYMENT OF FULL FILING FEE: Plaintiff has had the initial partial filing fee paid as ordered by the Court. It is therefore ORDERED that: Plaintiff shall pay $320.09, the balance of the filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(2). After docketing of this order, this action should be returned to the United States District Judge for further review and for such other action as may be deemed appropriate. (mailed to BOP Carswell FMC) (Ordered by Magistrate Judge Jeffrey L Cureton on 4/15/2015) (mpw) (Entered: 04/15/2015) |
| 04/15/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:7. Wed Apr 15 10:57:51 CDT 2015 (crt) (Entered: 04/15/2015) |
| 04/16/2015 | 8 | ORDER: The above–captioned action is related to, and perhaps dependent upon the outcome of, Civil Action No. 4:14–CV–772–O (consolidated with Civil Action No. 4:14–CV–823–O). Accordingly, The court ORDERS that the above–captioned action be, and is hereby, transferred to the docket of the Hon. Reed O'Connor for consideration along with the cases pending before him. (Ordered by Judge John McBryde on 4/16/2015) (mpw) (Entered: 04/16/2015) |
| 04/16/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:8. Thu Apr 16 11:31:54 CDT 2015 (crt) (Entered: 04/16/2015) |
| 04/16/2015 | | Per 8 Order, Judge Reed C O'Connor added. Judge John McBryde no longer assigned to case. (mpw) (Entered: 04/16/2015) |
| 04/27/2015 | 9 | MOTION to Reduce Monthly Payment Amount of Filing Fee filed by Lisa A Biron. (mpw) (Entered: 04/27/2015) |
| 05/14/2015 | 10 | ORDER DENYING MOTION TO REDUCE FILING FEE COLLECTION Plaintiff's Motion to Reduce the Monthly Filing Fee Payments 9 is denied. (Ordered by Judge Reed C O'Connor on 5/14/2015) (ult) (Entered: 05/14/2015) |
| 05/14/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:10. Thu May 14 13:03:14 CDT 2015 (crt) (Entered: 05/14/2015) |
| 05/26/2015 | 11 | Status Request by Lisa A Biron with Deputy Clerk Response. (mpw) (Entered: 05/26/2015) |

| 06/03/2015 | 12 | MOTION for Emergency Temporary Restraining Order (titled as Motion to Amend Complaint to Request Emergency Temporary Restraining Order) filed by Lisa A Biron. (mpw) (Entered: 06/03/2015) |
|---|---|---|
| 06/16/2015 | 13 | ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER OF DISMISSAL UNDER 28 U.S.C. §§ 1915A(B) and 1915(e)(2)(B) (Ordered by Judge Reed C O'Connor on 6/16/2015). Ordered that Biron's 6/3/15 Motion for a TRO is denied. Further Ordered all of Plaintiff's claims for monetary damages against the individual defendants in their official capacities, all claims under the First Amendment, all claims under the Eighth Amendment, and all claims under the Fifth Amendment arising from events other than the events resulting in disciplinary proceeds, are dismissed with prejudice. Further, all Plaintiff's claims arising from the 6/14 letter and resulting disciplinary proceeding are dismissed with prejudice for failure to exhaust; and such claims, alternatively, and all remaining claims, are dismissed with prejudice. (ult) (Entered: 06/16/2015) |
| 06/16/2015 | 14 | FINAL JUDGMENT In accordance with the Order issued this same day, it is ORDERED, ADJUDGED, and DECREED that all of Plaintiff's claims for monetary damages against Defendants in their official capacity, all claims under the First Amendment, all claims under the Eighth Amendment, and all claims under the Fifth Amendment arising from events other than the events resulting in disciplinary proceedings, are DISMISSED WITH PREJUDICE. All costs of court taxed against party who incurred them. (Ordered by Judge Reed C O'Connor on 6/16/2015) (ult) (Entered: 06/16/2015) |
| 06/16/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:13,14. Tue Jun 16 15:24:46 CDT 2015 (crt) (Entered: 06/16/2015) |
| 07/15/2015 | 15 | NOTICE OF APPEAL to the Fifth Circuit as to 14 Judgment,, by Lisa A Biron. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (tle) (Entered: 07/15/2015) |
| 07/15/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:15. Wed Jul 15 13:32:45 CDT 2015 (crt) (Entered: 07/15/2015) |
| 07/21/2015 | | USCA Case Number 15–10684 in U S Court of Appeals 5th Circuit for 15 Notice of Appeal, filed by Lisa A Biron. (tle) (Entered: 07/21/2015) |
| 09/25/2015 | 16 | MOTION for Leave to Proceed in forma pauperis on appeal re 15 using the financial information from Case No. 4:14–CV–772 (Consol. with 823) filed by Lisa A Biron. (tle) (Entered: 09/25/2015) |
| 09/29/2015 | 17 | ORDER granting 16 Motion for Leave to Proceed In Forma Pauperis on Appeal. Clerk to mail this order to the attention of the Inmate Trust Fund Department at the facility where the inmate resides. (Ordered by Judge Reed C O'Connor on 9/29/2015) (ewd) (Entered: 09/29/2015) |
| 09/29/2015 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:17. Tue Sep 29 17:01:51 CDT 2015 (copy to Inmate Accounting Office) (Entered: 09/29/2015) |
| 10/19/2015 | 18 | MOTION to Reconsider and for Clarification filed by Lisa A Biron. (mpw) (Entered: 10/19/2015) |
| 10/22/2015 | | Record on Appeal for USCA5 15–10684 (related to 15 appeal): Record consisting of: 1 ECF electronic record on appeal (eROA) is certified,. **PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so, since the USCA5 briefing deadline has now been set. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the record by contacting the appeals deputy in advance to arrange delivery. (tle) (Entered: 10/22/2015) |

| 03/22/2017 | | NOTICE of APPEARANCE FORM FILED by Attorney Tami C. Parker for Appellee E. Smith–Branton in 15–10684, Attorney Tami C. Parker for Appellee W. L. Smithers in 15–10684, Attorney Tami C. Parker for Appellee FNU Valle in 15–10684, Attorney Tami C. Parker for Appellee FNU Kingsley in 15–10684, Attorney Tami C. Parker for Appellee FNU Wenger in 15–10684, Attorney Tami C. Parker for Appellee Lauren Cimperman in 15–10684, Attorney Tami C. Parker for Appellee Jody Upton in 15–10684. Access to the EROA 24 has been granted. (tle) (Entered: 03/22/2017) |
|---|---|---|
| 03/31/2017 | 19 | ORDER RESOLVING MOTION TO RECONSIDER and CORRECTING TERMS OF SEPTEMBER 29, 2015 ORDER: It is therefore ORDERED that Plaintiff's motion for reconsideration of the manner in which the fees are collected (doc. 18 ) is DENIED. It is further ORDERED that Plaintiff's motion for clarification of the terms of the September 29, 2015 Order is GRANTED to the extent the September 29, 2015 Order Regarding Motion to Proceed In forma Pauperis on Appeal is corrected such that the second sentence of the third indented paragraph should read: "The appellant is required to make payments of 20% of the preceding month's income credited to the appellant's prison account until Appellant has paid the total appellate filing fees of $505.00." (Ordered by Judge Reed C. O'Connor on 3/31/2017) (baa) (Entered: 03/31/2017) |
| 03/31/2017 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:19. Fri Mar 31 12:02:06 CDT 2017 (crt) (Entered: 03/31/2017) |
| 04/24/2017 | | NOTICE of APPEARANCE FORM FILED by Attorney(s) Brian Walters Stoltz for party(s) Appellee Jody Upton Appellee W. L. Smithers Appellee E. Smith–Branton Appellee FNU Wenger Appellee FNU Kingsley Appellee FNU Valle Appellee Lauren Cimperman, in case 15–10684 [, Access to the EROA has been granted. (tle) (Entered: 04/24/2017) |

Tab 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUL 1 5 2015
10:48 a m

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

Lisa A. Biron,            )
    Plaintiff,            )
                          )
                          )
V.                        )          Civil Action No. 4:15-CV-205-O
                          )
                          )
Jody R. Upton, Warden,    )
    FMC-Carswell, et al., )
    Defendants.           )
                          )
                          )
                          )
                          )

### Notice of Appeal

**Notice** is hereby given that Lisa A. Biron, plaintiff in the above named civil action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 16th day of June, 2015.

I, Lisa A. Biron, hereby swear, under penalty of perjury, that this Notice was mailed, firstclass postage paid, in the inmate legal mail system, on this date.

7/13/15
Date

Lisa Biron
Lisa A. Biron #12775-049
FMC-Carswell
P.O. Box 27137
Fort Worth, TX 76127

# TAB 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA A. BIRON, | § | |
| (BOP No. 12775-049) | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:15-CV-205-O |
| | § | |
| JODY UPTON, Warden, | § | |
| FMC-Carswell, et al. | § | |

## FINAL JUDGMENT

In accordance with the Order issued this same day and with Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims for monetary damages against Defendants in their official capacity, all claims under the First Amendment, all claims under the Eighth Amendment, and all claims under the Fifth Amendment arising from events other than the events resulting in disciplinary proceedings, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

It is further **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims arising from the June 2014 letter and resulting disciplinary proceeding are **DISMISSED WITH PREJUDICE** for failure to exhaust; and such claims, alternatively, and all remaining claims, are **DISMISSED WITH PREJUDICE** to their being asserted again until the *Heck v. Humphrey* conditions are met,[1] under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).  All costs of court are taxed against the party who incurred them.

**SO ORDERED** this **16th day** of **June, 2015.**

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See Johnson v. McElveen*, 101 F.3d 423, 424 (5th Cir. 1996).