IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-10684

D.C. Docket No. 4:15-CV-205

United States Court of Appeals
Fifth Circuit
**FILED**
June 18, 2018
Lyle W. Cayce
Clerk

LISA A. BIRON,

    Plaintiff - Appellant

v.

JODY UPTON, Federal Medical Center Carswell Warden; LAUREN CIMPERMAN, Psy. D.; FNU WENGER, Special Investigative Services Officer; FNU KINGSLEY, Special Investigative Services Officer; FNU VALLE, Disciplinary Hearing Officer; W. L. SMITHERS, Unit Disciplinary Committee Member; E. SMITH-BRANTON, Unit Disciplinary Committee Member,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas

Before OWEN, SOUTHWICK, and WILLETT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed, vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.